

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00925-CR

Matthew **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-5816
Honorable Melisa C. Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 16, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice